UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JEFF FOWLER,

        Petitioner,

   v.

SACRAMENTO COUNTY MUNICIPAL
COURT and PROBATION OFFICER
KEVIN DAVIS,

        Respondents.

NO. CIV. S 00-2195 MCE PAN P

ORDER

----oo0oo----

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, and as in accordance with the court's previous remedial order issued from the bench at the time of the November 14, 2005 status conference, the instant petition for writ of habeas corpus is hereby GRANTED, without prejudice to re-prosecution if retrial proceedings are initiated within 30 days following November 14, 2005, or by December 14, 2005.  The State of California is ordered to vacate Petitioner's conviction, not later than January 12, 2006, and to remove, not later than

1  February 12, 2006, said conviction from all criminal history
2  records maintained by the California Department of Justice.  The
3  State of California is further ordered to remove, also by
4  February 12, 2006, all other collateral consequences stemming
5  from Petitioner's vacated conviction, including Petitioner's
6  continued inclusion on the Sex Offender Registry maintained by
7  the California Department of Justice, as well as any continued
8  obligation on Petitioner's part to comply with the registration
9  requirements of California Penal Code 290.
10      A further status conference to monitor compliance with this
11 Order is scheduled for March 13, 2006 at 9:00 a.m.  The parties
12 are ordered to submit status conference statements beforehand to
13 the Court by March 10, 2006, at 12:00 p.m.  Following the Court's
14 review of those statements, the Court may dispense with the
15 actual status conference hearing as it deems appropriate.
16     IT IS SO ORDERED.

18 DATED: December 13, 2005

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

2