DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JEFF FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF FOWLER, | NO. 2:-00-cv-2195 MCE PAN P |
| Petitioner, | |
| v. | **ORDER FOR ENTRY OF JUDGMENT** |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Respondents. | |

By Order filed December 14, 2005, the petition for writ of habeas corpus was GRANTED. Entry of judgment was deferred pending state court action to vacate the conviction, and until respondent corrected Mr. Fowler's criminal history records to reflect that the conviction had been vacated and all collateral consequences removed. The parties agree that these conditions have now been satisfied, and that the State has elected not to retry petitioner.

///

1    Accordingly, pursuant to the mandate of the United States Court of
2 Appeals for the Ninth Circuit, FINAL JUDGMENT SHALL BE ENTERED for
3 petitioner.
4    IT IS SO ORDERED.
5 Dated: March 21, 2006

```
                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE
```